

# INVESTIGATORS REPORT

### 2011024169

| | |
|---|---|
| **Case Investigator:** | Detective Hope Thornton |
| **Crime:** | Molestation<br>Child Pornography<br>Embezzlement |
| **Victim:** | Name: M▮▮▮ W▮▮<br>DOB: ▮▮▮▮▮▮ (16) |
| **Suspect:** | Name: James Roy Hagan<br>DOB: ▮▮▮▮▮▮<br>SSN# ▮▮▮▮▮▮ |

November 28th, 2011 Ms. Rebie Walley related to Detective Hope Thornton that she is the Youth Director at First Baptist Church. Ms. Walley stated that on November 27th, 2011, the victim's step-sister, K▮▮▮ S▮▮▮, came to her and told her that M▮▮▮ W▮▮ who is of the age of sixteen was having problems with Mr. James Hagan who is her step father. Ms. Walley stated that M▮▮▮ told her that Hagan had a habit of sitting outside M▮▮▮ bedroom/bathroom windows watching her take a shower and getting dressed. Ms. Walley related that she was concerned on if Mr. Hagan had been taking photos or videos of M▮▮▮. M▮▮▮ told K▮▮▮ that Hagan has been getting in the bed with her, touching her and "talking trash." Ms. Walley then related that the reason why she was reporting the allegations to the Sheriffs Department was because Mr. Hagan was to be an Alderman in Ocean Springs.



000255

Thornton verified Mr. Hagan's position and Ocean Springs was notified that a Search warrant was to be issued in the case in question. Thornton then received Information that Mr. Hagan had been issued a lap top computer by the City of Ocean Springs in 2009 but had reported the property to be missing in 2010. This information was given due to the execution of the search warrant and if the property was to be located in his possession it was to be seized as stolen property..

On November 29th, 2011 Detective Thornton a residential search warrant and a forensic search warrant on any and all computers and media including cell phones due to possible photo's or video's that possibly could have been taken of M▌▌▌▌belonging to or in possession of Mr. Hagan. The search would include any all evidence relating to child molestation touching of a child for lustful purposes, statue 97-5-23 and child pornography 97-5-33.

On November 29th, 2011 Detective Thornton and Detective Linda Jones went to Ocean Springs High School to speak with Ms. Hagan who is a teacher at the school. It was there contact was made with Ms. Hagan and the case investigation was explained to her and the reasoning of the search warrant. While at the school the Department of Human Services case worker John Mcgrath was present. While speaking with Ms. Hagan it was noted that James Hagan had been texting her since 09:30am from his cell phone that was later found to be missing when contact was made.

On November 29th, 2011 a forensic interview was conducted with the victim at the Mississippi child advocacy center located in Gulfport MS. The interview was to be conclusive to child molestation (fondling).

On November 29th, 2011 Judge Byrd authorized the search of Mr. Hagan's residence of 107 Gettysburg Circle Ocean Springs MS 39564. Upon the execution of the search warrant evidence was retrieved to be processed to further the case investigation. During the execution of the search warrant it was founded that Mr. Hagan was at his place of employment located in Moss Point at the City's code enforcement Office. Sergeant Chad Heck and Detective Eddie Clark went to Mr. Hagan's place of employment and related to him directly that there was a search warrant being executed at his residence due to the allegations of child molestation. Sergeant Heck questioned Hagan on his cell phone and its location. Hagan stated that he must have left it at his residence and that he did not have access to it all day. Sergeant Heck and Detective Clark at that time left the office of Mr. Hagan. Sergeant Heck then contacted myself Detective Thornton and advised of the location of the cell phone so that it could be located while the execution of the search warrant was still being executed. Thornton advised to Sergeant Heck that the cell phone was no where to be found. Thornton advised that Mr. Hagan did have his cell phone because he had been texting his wife off and on all day. Sergeant Heck and Detective Clark then returned to the Office of Mr. Hagan. It was then that the cell phone was located and the Storage Devise (SD Card) was removed from the Galley android phone.

Due to the SD Card being removed all saved memory was not retrievable (photos and videos) While attempting to retrieve the where about of the cell phone a Dell lap top computer Serial No: CW91VF1 that was property of the City of Ocean Springs was located. It was determined that the lap top in question had been reported missing in 2010 by Mr. Hagan.

It was then the Jackson County Sheriff Department was asked to retrieve the property by Ocean Springs Police Department. Evidence retrieved from the office located at

<u>4125 Main Street, Moss Point, MS 39563 Moss Point Code Enforcement Office</u>
1 Dell lap top computer Serial No: CW91VF1 (retrieved by the request of Ocean Springs Police Department)
1} Galaxy cell phone

Evidence retrieved the residence of 107 Gettysburg Ocean Springs MS 39564
1} Toshiba Lap Top Computer: 6B414287Q
1} Dell Desk Top Computer: 3974N41
2} I Pods
1} I Phone
1} Lexar 8GB
1} Cannon Rebel Camera
2} External Hard Drives

## November 29th, 2011 Hagan was arrested on
## One count of molestation
## One count of embezzlement

November 30th, 2011 Detective Joseph Savage from the Moss Point Police Department contacted Detective Thornton and advised that he had found a broken thumb drive in the office and questioned if the Jackson County Sheriffs Department needed the computer equipment located in Mr. Hagan's Office area. Thornton advised due to Hagan removing the SD card and the recover of a broken thumb drive a request for a search warrant would be requested.

Evidence retrieved
1 Dell lap top computer Serial No: CW91VF1 Hard Drive :WXE208DM9092
( City of Ocean Springs Computer)
1 Dell Desktop Tower    Serial No:  B8hp3p1
1 Seagate External Hard Drive 2TB Serial No: 2GHP0ZD8
1 Linksys Wireless G Broadband Router Serial No: CDF90E686670
2 Thumb Drives
1 Linksys Wireless USB adapter

On December 05th, 2011 Thornton conducted a manual fast scan .Thornton connected the Dell Lap Top Computer hard drive: WXE208DM9092 belonging to the City of Ocean Springs to a write blocker and found one video that appeared to be child pornography. Thornton at that time obtained a warrant for Mr. Hagan on one count of possession of child pornography.

December 05th, 2011 Hagan was arrested on one count of possession of child pornography.

**Thornton conducted a scan on the following items**
Dell Desk Top Computer: 3974N412}
External Hard Drives1
Dell lap top computer Serial No: CW91VF1
1 Dell Desktop Tower    Serial No:  B8hp3p1
1 Seagate External Hard Drive 2TB Serial No: 2GHP0ZD8

On December 06th, 2011 Detective Thornton took the Hard Western Digital Hard Drive WXE208DM9092 that was retrieved out of a Dell Lap Top computer with a label stating Property of Ocean Springs 4654   CW91VF to Waveland Police Department and had Chief David Allen conduct a preview of the hard drive in question. The property was not released to David Allen. Detective Thornton was present file scan was being confirmed.

<u>Investigator: David Allen</u>
<u>Subject name: Hagan</u>
<u>Computer description: Laptop Drive 120GB</u>
<u>Case number: Unknown - JCSO</u>
<u>Search date: 12/6/2011 3:36:27 PM</u>

<u>Files copied</u>
-----------------------------------------------------------------
Original path: H:\Documents and Settings\jhagan\Recent\bathtime with daddy- 3yo girl                                     pedo r@ygold hussyfan lolitaguy lsm pthc babyshivid.mpg
SHA1: J4BWECXE7MSVXKMNNOSWKHRNOYXRTF37
Save path: C:\Users\David\Desktop\osTriage\20111206-Hagan-167f45f3-ea1e-4fc1-8140-e2a9bcf90f1e\Laptop Drive 120GB\bathtime with daddy- 3yo girl pedo r@ygold hussyfan lolitaguy lsm pthc babyshivid.mpg
Created on: 12/3/2009 10:28:10 PM
Modified on: 12/3/2009 10:28:14 PM
Last accessed on: 12:00:00 AM

On December 28th, 2011 Thornton received a letter from the City of Ocean Springs stating as followed:

Each Alderman was assigned a lap top. Some aldermen chose to leave their laptops at city hall. Some chose to keep theirs in their possession. James Hagan chose to keep his with him.

The arrest of Officer Steven Futral in June, 2010 prompted discussion by the aldermen to discuss purchasing web filtering. No product was purchased at that time. Officer Leonard left employment Oct.2010. His lap top was turned in to IT. It was not scanned until it was assigned to a new officer. The Police Chief notified all Officers to report to City Hall and turn in their laptops on November 08th, 2010. Officer Leonard was arrested on November 10th, 2010. Anyone with a laptop was notified to bring their laptop in to be scanned. The Deputy City Clerk made me aware that Alderman Hagan said he lost his computer. I asked him to bring his laptop in. He said he lost it, must have laid it down somewhere, couldn't remember where. The matter was discussed with the Police Chief and Mayor in which we determined there was no action to be taken at that time.

The results of the scan prompted the Board of Aldermen to purchase web filtering. Barracuda Web Filtering was purchased on November 23rd, 2010. The program was manually installed on each computer over a period of time. Any computer purchased after this date has Barracuda installed before it is issued to the recipient. Alderman Hagan never requested a new lap top. **A lap top was provided to him at the board meetings. He did not take the lap top with him**.

The City does not have a policy that enforces personal liability for lost, stolen or damaged property. It was never discussed with Alderman Hagan that he needed to reimburse the City laptop.

On June 12, 2012 to Detective Thornton received the forensic exam report from the Attorney Generals Office. Western Digital HDD WXE208DM9092.

This is an updated report to be filed in the Grand Jury file.

**Interview:**              Yes Refused to give statement

**Investigator:**           Detective Hope Thornton

**Evidence: Chain of Custody**   Yes

**Defendant's Criminal History**   NCIC Attached

_____
Detective   Hope Thornton