D07

SOUTH MISSISSIPPI CHILD ADVOCACY CENTER
*Child Abuse Prevention Center*
2315 17th Street  Gulfport, MS 39501
Phone: (228) 868-8686   Fax: (228)868-8934

SOUTH CENTRAL CHILD ADVOCACY CENTER
*Child Abuse Prevention Center*
721 Hardy Street Hattiesburg, MS 39401
Phone: (601) 545-6680    Fax: (601) 582-4843



# SOUTH MISSISSIPPI CHILD ADVOCACY CENTER
# INTERVIEW SYNOPSIS

Date of Interview: __11/29/11__

*NOTE: This is not a written transcription of this interview. For complete information regarding this interview, please review the DVD recording. The model used during this interview is the RATAC model, which is a semi-structured process in which one or more of these stages may be modified or eliminated allowing for the developmental considerations and/or spontaneity of each child.*

Forensic Interviewer: __Kristian Clark__

Name of Child: __[redacted]__

Age: __16/C/F__         Sex/Race: __F/C__

Parent/Guardian: __Kim Hagan__

Name of Suspect: __James Hagan__

Age: __unknown__         Sex/Race: __M/C__

Relationship to Child: __Step Father__

Referral Source: __Jackson County DHS__

City/County of reported abuse: __Jackson__
Interview Site:
    __x__ Gulfport             _____ Hattiesburg



EXHIBIT 5

0095

Type of Abuse Reported:

__x__ Sexual     ____ Neglect     ____ Not Available

____ Physical     ____ Witness

Confidential

The interview was observed by:

| Name | Agency | Position |
|---|---|---|
| 1. Jones | JCSD | INV |
| 2. McGrath | DHS | SW |
| 3. | | |
| 4. | | |
| 5. | | |

Disabilities: YES or x NO
If yes, explain. _____

Disclosure by child:
____ Kissing
____ Digital Penetration of the  ____ anus  ____ vagina
__x__ Fondling
____ Genital Exposure
____ Cunnilingus
____ Fellatio
____ Penile Penetration of the  ____ anus  ____ vagina
____ Penetration with an object of the  __anus__  __vagina__
____ Sexual Intercourse
____ No Disclosure
____ Inconclusive Disclosure
____ Other:

Scenario:

Child presented as a 16 year-old Caucasian female who's physical, cognitive, and social abilities were within normal limits. The child was pleasant, cooperative and easily engaged into conversation. The results of the interview are consistent with that of a child who has been sexually abused regarding the suspicion of sexual abuse and did provide information to corroborate the suspicion that the child was sexually abused. The child was interviewed using

anatomical drawings. Child labeled the female breasts as boobs. Child stated that her step father James Hagan uses his hand for a "tittie twister" grabbing and squeezing her boobs.

These findings are categorically based on the statements and affect of the child during the evaluation, and these findings are not based on any corroborative information that may be identified outside of this evaluation.

This is not a verbatim transcript. Please see the CD for further details

Recommendations:
1. Continue law enforcement investigation.

2. Conduct DHS investigation.

3.

4.

_____  _____
Forensic Interviewer                Date
South Mississippi Child Advocacy Center