Forensic Interview: ▓▓▓▓▓▓▓▓
Recording begins: 11/29/2011 04:37:30 PM

Interviewer: Alright, have a seat in that chair.

Walls: Ok

Interviewer: (adjust bean bag chair) Have a seat. Alright, and we're gonna start, uhm, so I get to know you.

Walls: Ok

Interviewer: So, what's your name?

Walls: Mallory

Interviewer: Uhm (writing name on poster) did I?

Walls: (nodding head yes)

Interviewer: Yeah, Ok, thank you. And by that, if you see me say anything or spell anything that's not correct please help me fix it, ok. It will not hurt my feelings whatsoever.

Walls: Ok

Interviewer: And I can be quite the sloppy writer too.

Walls: (small laugh)

Interviewer: Alright Mallory, how old are you?

Walls: Sixteen

Interviewer: Sixteen, and not even gonna try to guess what grade are you in.

Walls: Tenth

Interviewer: How's the tenth grade going?

Walls: It's ok.

Interviewer: Where are you going at?



1

Walls: Ocean Springs

Interviewer: Ok, what's your most favorite class?

Walls: Ummm, probably band. Cause, I love band.

Interviewer: Have you been in band a long time?

Walls: (nodding head yes)

Interviewer: What do you play?

Walls: The flute

Interviewer: Flute? Ok, interesting. So you do all like the football games and all that huh?

Walls: uhm hum (nodding head yes)

Interviewer: Ok, good deal. And I forgot my manners. What's your last name?

Walls: Walls

Interviewer: Uhm, spell that for me.

Walls: w a l l s

Interviewer: Ok, thank you ma'am. And how did you get here?

Walls: Uhm, well. I was sitting in class. Like you want the whole story?

Interviewer: Yeah, go ahead.

Walls: Ok, uhm, we were going over some homework and then the principal, I guess he was the principal or assistant, one or the other, and he told me I had a visitor. So, I didn't know. And I walked in there and I saw them and I knew, so.

Interviewer   Ok, so do you know why you are here today?

Walls: Yeah

Interviewer: Ok. Tell me about that. Well, and then before you get, just to make you at ease more and feel a little bit more comfortable, I think I have the best job in the whole world. I get to talk to all kinds of young people. I see little ones from age three clear up to eighteen and sometime adults. And we just talk about what's going on in your life.

2

Walls: Ok

Interviewer: And uh, while you and I are talking, you know, see that little bubble on the ceiling?

Walls: Yeah

Interviewer: Camera

Walls: Ok

Interviewer: Alright, and it is taking pictures of us while we are talking. It helps me remember stuff. Ok?

Walls: Uh hum

Interviewer: Alright, so not to have been rude with my manners and interrupt you. So tell me about what you know about what you are here today for.

Walls: Well uhm, it was Sunday and I was talking to Josh and I had told him something, a remark that my step-dad made. He had said something like I'm all boobs or something like that. And he's like "I don't like it." You know it's kind of not the most appropriate thing to say, you know, about your sixteen year old step-daughter. And then we got into more, tell him more about that subject. And (audio goes out for a few seconds). So, anything?

Interviewer: Whatever you want to talk about.

Walls: Ok, well, ok, I'll start at the beginning. My step-dad is not the nicest person in the world but, I mean, if it, if it makes my mom happy then whatever. And we always get in fights with, its always between me, him and my sister. And my grandparents know about that. And then like maybe I'm crazy, I don't know, but every single time, every time I get in the shower and every time I get out, he walks outside and he sits in a chair that just so happens to be right by my window, just so happen every time I get in the shower and every time I get out. Just so happen to smoke a cigarette every time.

Interviewer: Ok

Walls: And then when we were in Michigan, it was last week, I mean he always does this but, I don't know. We were, my sister had gone to the bathroom because me and her were sleeping in the same bed, and (pause, sigh) I was laying there and he came in to wake me up and uhm he laid right next to me, he put his hand under my shirt, and he just looked at me and I was like "what" and he kept, like he started patting my belly. And then of course I didn't have a bra on, because, you know I don't sleep with a bra on. And he started like talking about my boobs. And it's really always, all the time, he always does

that. (long pause) Can you ask me a question?

Interviewer: Uhm. (Long pause, tapping pen) And this was last week?

Walls: Yeah

Interviewer: That he laid down beside you?

Walls: Uh hum

Interviewer: Ok, uhm and he started talking about your boobs. What did he say about your boobs? Did, what are the specifics of the conversation?

Walls: He, he was like "well dang look at your boobs." And I was like "what." He goes "look at them jigle." And I was like "what?" He goes ??? like that. And I was like "what?" He said "yeah, I would know." And I was like ok. Not the first time that's happened. All the time. He always says something (pause)dirty I guess you could say, could say about it. It's really uncomfortable.

Interviewer: Ok, uh where were you at with this incident we're speaking about?

Walls: I was in Michigan.

Interviewer: Where at in Michigan (writing on poster)

Walls: Battle Creek.

Interviewer: (writing on poster) And hotel, motel?

Walls: We were at my great grandma's apartment.

Interviewer: Great grandma's ok, Ok. Uhm, where was your mom at?

Walls: She was in her room they were staying in.

Interviewer: Ok. Now you said Sunday. Who were you talking to Sunday?

Walls: Josh and then...

Interviewer: Who is Josh?

Walls: Josh McDonald. He, I wouldn't say a boyfriend, but pretty much the closest thing to it, you know.

Interviewer: Ok

4

Walls: But, and then he went to bed, and it was fresh on my mind. And then I called my step-sister because we talk about everything. And I was talking to her about it and she flipped out. And she told me she would call me when she got home. And then we were talking about it and she's like Mallory if you don't do something, I'm gonna do something. And I was like, you know, don't want to cause any trouble. I'll do something. And then my real dad grabbed the phone. He like, is there something I need to know about? And then I freaked out, and I was like no. And I told him it's just drama, like we always have in our house. And he was like "you wouldn't lie to me would you." So, I'm pretty sure he knows. I told him " no I wouldn't lie to you." And then...

Interviewer: And this was when?

Walls: Sunday

Interviewer: Ok, after.

Walls: Yeah

Interviewer: Still Sunday evening after Josh?

Walls: Yes

Interviewer: Ok

Walls: And uhm, and he told me after I told him like its just drama. And I was like God will give me the strength to make it through. I'll be ok. He's like yeah but God also gives people common sense not to do things that they do. So, pretty sure he knows.

Interviewer: Ok. Have you ever said anything to mother?

Walls: No. Well, I've talked to her about him like being mean and she knows about that, but she probably mad at me right now too.

Interviewer: Ok, uhm, now what is your step-father's name?

Walls: James

Interviewer: James what?

Walls: Hagan, g a n

Interviewer: spelling with an e, ok, and that's step-father. Ok. Do you have anything you need to ask me right now? Tell me anything?

Walls: (nodding head no) I don't know.

5

Interviewer: Ok, uhm, Mallory when, I want you to think about when the comments, cause you said there's been other comments besides uhm this Thanksgiving week up there in Battle Creek, Michigan. Ugh, him making comments about your boobs. When do think was the first time?

Walls: Uhm, a lil, a year ago, maybe over a year ago. Pretty much as long as I've had boobs like this.

Interviewer: Ok, so in the last year, year and a half. So, you are in 10th grade. Uhm, 9th grade do you remember comments like that?

Walls: It's always the same thing. Something about, like when we were getting ready for homecoming, he would take pictures, just weird pictures, like he'd be like "Oh your boobs look big" and he zooms in on the camera and take that picture, you know.

Interviewer: Ok, Uh, I'm gonna go ahead and do a picture so we know. There's a lot of anatomy on the body and everybody's got their own words for what they call things on the body. So, uhm, I'm gonna hang this up, so we can do this together so that I understand what you're uhm referring to. What do you call these?

Walls: Eyes

Interviewer: Ok. What do you call this?

Walls: Arms

Interviewer: And, what's your name for this area?

Walls: Boobs

Interviewer: What's your name for this area?

Walls: I call it a coochie.

Interviewer: Coochie? Ok.

Walls: Uh hum

Interviewer: And, what's your name for this?

Walls: Legs

Interviewer: Legs. Ok. What's your name for this area?

Walls: The back

6

Interviewer:   And this?

Walls: The booty

Interviewer:   Ok. Uhm, now, using my picture uhm, have you ever been touched on your boobs yet?

Walls: No, but like, I mean like right, you know (pointing to poster), there.

Interviewer:   Right there. Ok. Alright. And have you ever been touched in your cootie area?

Walls: (nodding head no)

Interviewer:   Ok, alright. Anything to do with uhm, you were telling me about that homecoming and taking pictures and uhm of the boob, boobs. Any other time were there pictures taken?

Walls: Uhm, we were doing our Christmas tree, Sunday, and I was wearing a tank top and we were putting up our ornaments and I was reaching up to the top of the Christmas tree and he looked at me and I said "what" and he was like "nothing" and he took a picture.

Interviewer:   Ok. Now tell me about when we go back to the beginning, you had mentioned uhm that bathroom...

Walls: Yeah

Interviewer:   ...window. So tell me about that.

Walls: Ok. The very first time I noticed it, it was like a month and a half ago. I actually went into the bathroom. I was just using the restroom and I look out my window and he looked at me and he smiled. And I was like well that's weird. And then I went back out and I used my mom's bathroom because it doesn't have nothing in there. It's just a bathroom. And then, uh (sigh), with all that, and that time and every time I turn on my water for a shower, he walks outside and he sits in his chair by the window and smokes a cigarette when I get in the shower, and then I get out he's there again. Every time.

Interviewer: Ok. What's on the window?

Walls: Nothing. We don't have anything on there. They like did some paint thing. It's with the ah, like, not fog it, but make it not clear, you know.

Interviewer:   Um hum

Walls: But that's on there.

7

Interviewer: Ok. Uhm, there's no blinds...

Walls: No

Interviewer: ...no curtains

Walls: No

Interviewer: Ok. And can he see you getting in and out of the shower?

Walls: Yes

Interviewer: Can he see your body with no clothes on, getting in and out of the shower?

Walls: Yes

Interviewer: Ok. Ok. Alright, uhm and this has been about a month and a half?

Walls: (nodding head yes)

Interviewer: Ok. Any questions for me?

Walls: (pause, shrugs shoulders) I mean, I heard the night before the same questions and they couldn't really tell me. But, so I don't know.

Interviewer: Ok

Walls: You know, I don't know what's gonna happen. She told me to focus on the now. Which, I mean, I understand but you know.

Interviewer: Have you seen him touch him anyone else before?

Walls: No

Interviewer: Ok. Have you heard him talk to anybody else? Making comments like he does to you?

Walls: No, I don't, I try to avoid him.

Interviewer: Ok. You mentioned you have a sister.

Walls: Yes

Interviewer: Older, younger?

Walls: Older. She's seventeen.

Interviewer: Ok.

Walls: But, I think, knowing her, if something like that would of happened to her, she would, somebody would know about it, you know. But I could be wrong.

Interviewer: Ok. But she's never said anything to you?

Walls: No

Interviewer: Ok. And you've never said anything to her?

Walls: No. That's like, like the lady before, I, I can't remember what her name was, but I asked her what was going to happen and she told me we would be together. And, but I know Katie's gonna be asking me all sorts of questions. So I don't wanna, you know, I don't wanna talk about it unless I have to.

Interviewer: I understand. Alright, uh, have you ever seen any, in the house, any kind of pictures of nudity or...

Walls: We have, well I don't know if it's from my little brother or what, but a long time ago there was naked pictures on the computer.

Interviewer: Ok

Walls: But I don't know if that was from my little brother, or what.

Interviewer: Ok. Was it in uh, like in files, or...

Walls: Yeah

Interviewer: Ok.

Walls: But, you could tell they were from the internet. You know what I mean?

Interviewer: Ok. Alright. Well, if you don't have anything else, I'm going to leave you and I'll be right back. If you think of something just hold on to it and I'll try to answer it when I get back. Ok?

Walls: Ok

Interviewer: Alright. (getting up from bean bag chair and leaving room)

Walls: (sitting alone quietly in room with her head resting in her hands)

Interviewer: (enters room) Ok. I'm back. Sorry that took so long.

Walls: That's ok.

Interviewer: (sits in chair) Alright. Did you think of anything?

Walls: Uhm, I don't, I don't know if you know this. Do you know if my mom's mad at me?

Interviewer: I do not know that. That's an honest answer. No, I don't know. Uhm, so I couldn't even say. Ok. I do have, uhm, if you don't have any more questions for me, I have some more for you. Just so you can elaborate for me. Uhm, you were talking about the Christmas tree and homecoming, a picture being taken of your boobs. Uhm, what were they being taken with?

Walls: The camera, like...

Interviewer: A camera...

Walls: Like a little fancy camera.

Interviewer: Ok. So it wasn't a camera phone?

Walls: No

Interviewer: No. Ok. Alright. Has there been any pictures taken by the camera phone?

Walls: No

Interviewer: No. Ok. Uhm, when you were talking about, uhm, the bathroom window and I asked you if there were any coverings on the windows. Uhm, if you could do a diagram for me (handing marker to Walls) on where the window is and then where the chair is that he's sitting in every time you take a shower.

Walls: Ok (begins drawing on poster with marker) Uhm, this is the shower and here's his chair.

Interviewer: How close to the window is it?

Walls: It, it's like right there.

Interviewer: Ok. (pause) Can he see you through the frosted paint?

Walls: Yes

Interviewer: He can see you...

Walls: Uh hum

Interviewer: ...through the paint. Ok. Uh, is he ever looking that direction when you get out of the shower?

Walls: I avoid him. He was one time and he looked at me and he smiled.

Interviewer: Ok. Alright. Does he, does anybody else use that bathroom?

Walls: My sister.

Interviewer: Ok. The one that's older?

Walls: Yes

Interviewer: Uhm, does he ever go out there to smoke his cigarette then?

Walls: Well, no. He's usually asleep when she gets home. She doesn't get home til like midnight.

Interviewer: Ok. Alright. And just for body safety in general. Uhm, you know our areas are private, you know when to touch so that good that you're, uhm, being aware of your surroundings. Ok. Uhm, has anyone ever touched you, anywhere, private area?

Walls: No

Interviewer: No. Ok. Alright. Has anyone ever tried to touch you in your private area?

Walls: No. Not really. Like not that they, I didn't think, you know, and then they were like ok, you know.

Interviewer: Ok. Alright. And who are trusted people that you could go tell if your areas were violated by a touch?

Walls: My grandma.

Interviewer: Ok. Who else?

Walls: Uhm, my step-sister. Well, cause, I don't know. I tell her everything. Are you talking about someone that I talk to?

Interviewer: Anybody that you feel like you trust, that you could tell if something's happened to you.

11

Walls: Uhm

Interviewer: Even if you were violated.

Walls: Josh

Interviewer: Ok

Walls: Mainly though my grandparents, cause I don't know. I trust them more than anybody.

Interviewer: Ok

Walls: And my dad, my, my real dad.

Interviewer: Ok. Alright. (pause) Alright, so you had a hand on your stomach area, near your boobs, but not on your boobs. Ok. Have there ever been a time with clothes on or off, where you've been touched on your boobs?

Walls: Uhm, he approaches it jokingly, you know. But like I'll be sitting there maybe and he give me a tiddy twister, you know.

Interviewer: Ok

Walls: But the way he does it is jokingly, but...

Interviewer: And what is that?

Walls: Like, jokingly?

Interviewer: No. What is it? What did you say?

Walls: A tiddy twister?

Interviewer: Yeah

Walls: Like when you just kind of grab 'em and (pause) squeeze?

Interviewer: Ok

Walls: I guess.

Interviewer: And is that hurtful, painful?

Walls: Yes, usually it's like high school boys will walk around and do that to each other, but.

Interviewer: Ok, ok. Has he ever done that to you?

Walls: Yes

Interviewer: Ok, uhm.

Walls: With my shirt on though.

Interviewer: With your shirt on.

Walls: Yes

Interviewer: Ok. And did he do that with?

Walls: His hand

Interviewer: Ok. When was that last time he did a, say it again, tiddy twister?

Walls: Yes

Interviewer: Ok

Walls: Uhm, it's been a while, its...not like, maybe the beginning of summer. It's been a while.

Interviewer: Beginning of summer. What year?

Walls: Like this summer. This year.

Interviewer: This, this summer? This year? Ok. Alright.

Walls: Yeah

Interviewer: Were you in ninth grade or out of ninth grade?

Walls: I was out of ninth grade. I was, I was going into tenth grade.

Interviewer: Going into tenth grade. Ok. And what did he say was joking that him to do a tiddy twister on you?

Walls: He was just like "ah tiddy twister!" you know.

Interviewer: Ok

Walls: He, I mean he would approaching it in a joking way, but, still, you know.

Interviewer: Ok. And can you, on your person, show me how his hands was on your boobs to do a tiddy twister.

Walls: It was like. (simulates on self)

Interviewer: Ok. Thank you. Alright. And that was over your clothes?

Walls: Yes

Interviewer: Ok. Alright. Well, we've gone through the trusted people, cause I real into safety, so you know your persons of contact...

Walls: Yes

Interviewer: ...to talk to, and that, it could be a stranger, anybody. Ok.

Walls: Uh hum

Interviewer: Uhm, if you were at school and you didn't have access to the people you named on your list, who could be a good person at school?

Walls: Uhm, well the band, there's a band director and he, I know it's kind of weird, he's a guy but, when I was in middle school the band secretary was like my mom, and we were all kind of really close. I trust him, we, he, he knows my friend's mom and his, it's really confusing, they're all like really close and he told me he thinks of me like his daughter, so I trust him.

Interviewer: Ok. And there is, uhm, usually school nurses...

Walls: Yeah

Interviewer: ...teachers, guidance counselors, so you got lots of adults there in that setting that want to make sure that all, you know, people are safe.

Walls: I just get scared though, because my mom works there. And like one time I was upset about something and she's all the way across campus and she knew about it. So, you know, I feel like if anything happens at school I won't, like if I was to go to the counselor she would know. Just cause there's eyes around the school and somebody would be like why was Mallory at the counselor and she'd be like what, you know.

Interviewer: Ok. Now, had, does your, does you mom ever seen or does she know about the tiddy twister...

Walls: No

Interviewer: ...joking thing?

Walls: No

Interviewer: No. Ok. Alright. Have you seen him do that to anybody else?

Walls: No

Interviewer: Ok. Alright. Alright. Thank you for talking to me. I hope I didn't make it...

Walls: Thank you for talking to me.

Interviewer: Your welcome. I hope I didn't make it too difficult.

Walls: No. It's ok

Interviewer: Ok. Alright. Ready to go back to the living room?

Walls: I guess so.

Interviewer: Alright young lady, come on.

(both getting up out of chairs)

Walls: Here's your marker.

Interviewer: Oh, thank you ma'am.

Walls: Uh hum

(both exiting room)

Recording ends: 11/29/2011 05:10:13

15