IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES HAGAN**                                                                                                 **PLAINTIFF**

v.                                                                               Civil No. 1:13cv268-HSO-RHW

**JACKSON COUNTY, MISSISSIPPI, ET AL.**                      **DEFENDANT**

**FINAL JUDGMENT**

The claims of Plaintiff James Hagan against Defendants Mike Byrd and Hope Thornton, came on for trial before the Court and a jury on the 4th day of April, 2016, and concluded on the 7th day of April, 2016, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendants Mike Byrd and Hope Thornton on Plaintiff James Hagan's claim of malicious prosecution on the charge of embezzlement of the City of Ocean Springs' laptop computer. In accordance with the jury's unanimous verdict, the Court's Orders [84] [156] [244] [245] [295] [296], and the Court's September 28, 2015, and April 7, 2016, Text Only Orders previously entered in this case,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff James Hagan's claims against Defendants Jackson County, Mississippi, Mike Byrd, Hope

Thornton, Linda Jones, Eddie Clark, Chad Heck and Travelers Casualty and Surety Company of America are **DISMISSED WITH PREJUDICE**.

  **IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

  **SO ORDERED AND ADJUDGED**, this the 7th day of April, 2016.

            *s/ Halil Suleyman Ozerden*
            HALIL SULEYMAN OZERDEN
            UNITED STATES DISTRICT JUDGE